July 26, 1979.

419 A.2d 194

Commonwealth v. Barlow, Appellant.

Submitted March 12, 1979. Samuel James Barlow, Jr., in propria persona, for appellant; LeRoy Zimmerman, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

Order affirmed.